## Lane v. Patton et al.

[No. 19,889.    Filed January 30, 1903.]

From Montgomery Circuit Court; *Jere West,* Judge.

Suit by Edward Patton against Joanna M. Lane and others. From a decree for plaintiff, Joanna M. Lane appeals. *Reversed.*

*H. H. Ristine, T. H. Ristine* and *Harold Taylor,* for appellant.
*Charles Johnston, W. H. Johnston, M. W. Bruner, Louis McMains, Benjamin Crane* and *A. B. Anderson,* for appellees.

Dowling, J.—This action, like that of *Taylor* v. *Patton, ante,* 4, was brought by the appellee Patton to enforce an assessment

against the property of the appellant for a street improvement under an ordinance passed by the common council of the city of Crawfordsville. The questions presented are the same as those in *Taylor* v. *Patton, supra,* and, on the authority of that case, the judgment is reversed, with instructions to sustain the demurrers to the complaint, and for further proceedings in conformity to this opinion.